**AARON C. DENTON, OSB #022890**
adenton@prangelawgroup.com
PRANGE LAW GROUP, LLC
111 S.W. Fifth Avenue, Ste. 1800
Portland, Oregon 97204
Telephone: (503) 595-8199
Facsimile: (503) 595-8190

Attorneys for Defendant
Kinsale Insurance Company

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **KINSALE INSURANCE COMAPNY,** <br><br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL** |

**TO THE CLERK OF COURT:**

Please take notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, defendant KINSALE

INSURANCE COMPANY ("Kinsale"), by and through its counsel, Prange Law Group, LLC,

hereby removes to this Court the case now pending in Multnomah County Circuit Court as

*Zurich American Insurance Company v. Kinsale Insurance Company*, with case number 17cv21515.  In support of removal, Kinsale states as follows:

## GROUNDS FOR REMOVAL

1. This Notice of Removal is timely filed under 28 U.S.C. § 1446 (b).  Plaintiff, Zurich American Insurance Company ("Zurich"), filed this contribution and insurance coverage action on May 26, 2017, Case No. 17cv21515, in the Circuit Court of the State of Oregon for the County of Multnomah.  Zurich served the summons and complaint from this case upon defendant on June 9, 2017, pursuant to ORS 735.490.  Kinsale has filed this Notice of Removal within thirty days of plaintiff's service of summons and complaint.

2. This Court has diversity jurisdiction over this case.  This is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332(a) because the action involves a controversy between "citizens of different States" and because the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees.

3. There is complete diversity between the parties.  Zurich is a New York corporation with its principal place of business in Illinois.  Kinsale is an Arkansas Corporation with its principal place of business in Richmond, Virginia.

4. The amount in controversy in this lawsuit, exclusive of interest, costs, and attorneys' fees, is over the statutory minimum of $75,000.

5. Removal to this district and division is proper.  All state court pleadings are attached as Exhibit 1.  No further proceedings have been filed in the Multnomah County Circuit Court as of the date of this removal.

///

///

Page 2 – NOTICE OF REMOVAL

Kinsale is providing Zurich, through its counsel, with written notice of the filing of this Notice of Removal. Kinsale is also filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Multnomah County, Oregon, where the state court action was filed.

DATED: July 7, 2017.

                Respectfully submitted,

                **PRANGE LAW GROUP, LLC**

                By: /s/Aaron C. Denton
                **AARON C. DENTON, OSB #022890**
                adenton@prangelawgroup.com
                111 S.W. Fifth Avenue, Ste. 1800
                Portland, Oregon 97204
                Telephone: (503) 595-8199
                Facsimile: (503) 595-8190
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that I served a full, true, and correct copy of the foregoing NOTICE OF REMOVAL by U.S. Mail, electronic mail, via Outlook, and electronically, using CM/ECF, addressed to the following named persons at their last known address:

George Shumsky  
Law Offices of Shumsky and Backman  
1001 SW 5th Ave, Suite 1100  
Portland, OR 97204  
P: 503-222-4339  
F: 877-222-4339  
george@shumsky-backman.com

                                            By: /s/Aaron C. Denton  
                                            **AARON C. DENTON, OSB #022890**  
                                            adenton@prangelawgroup.com  
                                            111 S.W. Fifth Avenue, Ste. 1800  
                                            Portland, Oregon 97204  
                                            Telephone:  (503) 595-8199  
                                            Facsimile:  (503) 595-8190  
                                            Attorneys for Plaintiff