**GEORGE M. SHUMSKY, OSB #951468**
SHUMSKY & BACKMAN
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204
Telephone: (503) 222-4339
Facsimile: (877) 222-2171
   Attorneys for Plaintiff

**AARON C. DENTON, OSB #022890**
650 N.E. Holladay Street, Ste. 1600
Portland, Oregon 97232
Telephone: (503) 595-8199
Facsimile: (503) 595-8190
   Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY**, as subrogee of S.D. Deacon Corp. of Oregon,<br><br>        Plaintiff,<br><br>            v.<br><br>**KINSALE INSURANCE COMAPNY,**<br><br>        Defendant. | Case No. 3:17-cv-01065-SB<br><br>**VOLUNTARY DISMISSAL BY STIPULATION** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the above-captioned parties hereby stipulate that all claims between them have been resolved and should be dismissed in their entirety and with prejudice, with each party to bear its own attorneys' fees and costs.

Page 1 – VOLUNTARY DISMISSAL BY STIPULATION

650 N.E. Holladay Street,
Suite. 1600
Portland, OR 97232
PH: 503-595-8199

DATED:  August 28, 2018.

        Respectfully submitted,

        By:  /s/ George Shumsky
        **GEORGE M. SHUMSKY, OSB #951468**
        george@shumsky-backman.com
        1001 SW 5th Avenue, Suite 1100
        Portland, OR 97204
        Telephone:  (503) 222-4339
        Facsimile:  (877) 222-2171
        Attorneys for Plaintiff


        /s/Aaron C. Denton
        **AARON C. DENTON, OSB #022890**
        adenton@prangelawgroup.com
        111 S.W. Fifth Avenue, Ste. 1800
        Portland, Oregon 97204
        Telephone:  (503) 595-8199
        Facsimile:  (503) 595-8190
        Attorneys for Defendant